UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRANDON WILSON,

    Defendant.

Case No. 3:24-cr-73-3

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

___

**ORDER: (1) REFERRING DEFENDANT'S MOTION FOR BOND MODIFICATION (Doc. No. 45) TO MAGISTRATE JUDGE PETER B. SILVAIN, JR. FOR A CONFERENCE AND ORDER; AND (2) THIS REFERRAL WILL TERMINATE UPON MAGISTRATE JUDGE SILVAIN'S ISSUANCE OF THE REQUIRED ORDER**

___

Pursuant to Fed. R. Crim. P. 59(a) and Dayton Amended General Order No. 21-01, Defendant Brandon Wilson's motion for bond modification (Doc. No. 45) is referred to United States Magistrate Judge Peter B. Silvain, Jr. for a conference and order. *See* 18 U.S.C. §§ 3041, 3141, *et seq*. This referral will terminate upon Magistrate Judge Silvain's issuance of the required order.

    **IT IS SO ORDERED.**

    February 20, 2025
                                                   s/*Michael J. Newman*
                                                   Hon. Michael J. Newman
                                                   United States District Judge