**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-cr-73(3) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| BRANDON WILSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

This matter is before the Court on Defendant's Motion for Limited Modification of Conditions on Pretrial Release (Doc. #45) and Amended Motion for Limited Modification of Conditions on Pretrial Release (Doc. #49).  The Motion was referred to the undersigned by United States District Judge Michael J. Newman for a conference and order.  (Doc. #47).  A phone conference was held on February 24, 2025, during which the Court heard from counsel for both sides and an Officer from Pretrial Services.

Counsel for the Government indicated that Defendant has performed well on bond, and the Government does not oppose Defendant's request.  The Pretrial Services Officer had no objection to Defendant's request.

For good cause shown, the undersigned hereby **GRANTS** Defendant's Motion for Limited Modification of Conditions on Pretrial Release (Doc. #45) and Defendant's Amended Motion for Limited Modification of Conditions on Pretrial Release (Doc. #49).  Defendant is granted permission to travel to Columbus, Ohio from February 25, 2025, to February 26, 2025.  All other bond requirements are **UNCHANGED** and remain in full force and effect.

**IT IS SO ORDERED.**

February 24, 2025                                                           *s/Peter B. Silvain, Jr.*

                                                                            Peter B. Silvain, Jr.
                                                                            United States Magistrate Judge