UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-cr-00073-3 |
| Plaintiff, | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | |
| BRANDON WILSON, | : | |
| Defendant. | : | |

# ORDER

This matter came before the Court on Defendant Brandon Wilson's Motion to Modify Conditions of Release (Doc. 60). Defendant Wilson seeks to modify his bond conditions from home detention to a curfew. The Pretrial Services Officer has been consulted and does not object to the requested bond modification. Further, although the United States initially opposed the Motion, its counsel has now advised the Court and Defendant's counsel that it withdraws its opposition. Therefore, all parties and the Pretrial Services Officer now agree that the requested bond modification is appropriate. The Court concurs.

Accordingly, the Court **GRANTS** the Motion and **AMENDS** the bond conditions filed in this matter on December 18, 2024 (Doc. 38) as follows:

The Court DELETES the condition in (v)(2) requiring Home Detention.

The Court ADDS the following conditions:

2

      (v)(1) **Curfew.** *You are restricted to your residence as directed by [the] pretrial services office or supervising officer.*

All other bond conditions remain in full force and effect.

In addition, the telephone conference scheduled for July 10, 2025, between counsel, the Pretrial Services Officer and the Court is hereby **CANCELLED.**

    **IT IS SO ORDERED.**

                              */s/ Caroline H. Gentry*
                              Caroline H. Gentry
                              United States Magistrate Judge