IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA  :

          Plaintiff  :

           vs.  :

WILSON, BRANDON  :

          Defendant  :

Case No.   3:24-cr-073 (3)

Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

## ORDER AMENDING BOND CONDITIONS

---

For good cause shown, the Court hereby amends the bond conditions filed in this matter on November 26, 2024, and amends the following condition:

1. *Mr. Wilson must participate in one of the following location restriction programs and abide by all the requirements of the program which will include electronic monitoring (RF – Curfew).*

The amended condition will be ordered as follows:

1. *Mr. Wilson no longer shall participate in the location monitoring program.*

All other bond conditions remain in full force and effect.

Date: March 13, 2026

s/Peter B. Silvain, Jr.
Peter B. Silvain, Jr.
United States Magistrate Judge